United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT VANDERPLOEG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:20-CV-03833 |
| NET LEASE FUNDING 2005, LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 7, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on ___July 9, 2021___

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record